BENJAMIN RAPHAEL, Appellant, *v.* JAMES KUTSUKIAN et al., Respondents.

(Argued June 6, 1929; decided July 11, 1929.)

572

*Henry Waldman* for appellant.
*Andrew Foulds, Jr.,* for respondents.

Order affirmed and judgment absolute ordered against appellant upon the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.